# CURAPROX ✚ SWISS PREMIUM ORAL CARE

## BLACK IS WHITE
*Clean teeth – healthy gums – happy people*

**NEW!**





## EXCEPTIONAL WHITENING TOOTHPASTE!

- **ACTIVATED CARBON/ CHARCOAL TECHNOLOGY**
- **ALL NATURAL WHITENING**
- **REMOVES DISCOLORATION / GENTLE TO ENAMEL**
- **NO SLS / NO BLEACHING AGENTS / LOW ABRASION**
- **TOP SWISS ORAL CARE – SUGGESTED RETAIL PRICE $29.95**

## INTRODUCTORY OFFER

### Black Is White
Refreshingly lemony
$20 per tube

*Free introductory CS 5460 black or white toothbrush included while supplies last!*
*Free shipping of the counter display!*

### White Is Black
Extra mild taste
$20 per tube

### Counter Display
Includes 6 BIW & 6 WIB
$216 per display *($18 per tube)*
***FREE TESTER KIT***
***FREE DISPLAY***
***FREE SHIPPING***

PHARMACY: _____
CONTACT: _____
ADRESS: _____
_____
PH: _____ FAX: _____
EMAIL: _____

☐ ORDER 1 DISPLAY (6 BIW & 6 WIB)
☐ ORDER _____ TUBES   BLACK OR WHITE
☐ EMAIL ME MORE INFORMATION
☐ I WANT TO BUY/ SEND ME AN ORDER FORM
☐ CONTACT ME

***INTRO OFFER VALID TILL APRIL 30, 2016***

02/15/2016 Fax order to: 513.871.9207 or Email order to: support@curaproxusa.com or Phone 513-871-9200

If you would like to be removed from our list, just dial 888-879-1777 from your phone and enter fax #.

02/15/2016

# ✚ SWISS IMPORTS

# GENGIGEL HYALURONIC ACID

## FASTER REGENERATION OF ORAL LESIONS!



- All Natural - Safe with No Side Effects
- Hyaluronic Acid - Essential for Healthy Gums
- Fast Pain Relief - Relieves Pain in Minutes (up to 50% faster)
- Helps Heal Mouth Ulcers After Oral Surgery
- Helps Heal Sores caused by Braces & Dentures
- Easy to use Spray


NEW!

## INTRODUCTORY OFFER



| Gengigel GEL Display | Gengigel SPRAY Display |
|---|---|
| Cost per piece: $8.38 | Cost per piece: $8.97 |
| MSRP: $13.95 | MSRP: $14.95 |
| 12 pieces x 20ml / 0.68 oz. | 12 pieces x 20ml / 0.68 oz. |
| FREE DISPLAY | FREE DISPLAY |
| FREE SHIPPING | FREE SHIPPING |
| TOTAL: $100.56 *per display* | TOTAL: $107.64 *per display* |

PHARMACY:_____
CONTACT:_____
ADRESS:_____

PH:_____  FAX:_____
EMAIL:_____

☐ ORDER 1 GEL DISPLAY (12 Pieces)
☐ ORDER 1 SPRAY DISPLAY (12 Pieces)
☐ EMAIL ME MORE INFORMATION
☐ I WANT TO BUY/ SEND ME AN ORDER FORM
☐ CONTACT ME

***INTRO OFFER VALID TILL APRIL 30, 2016***
Fax order to: 513.871.9207 or Email order to: order@Eurochoc.com or Phone 513-871-9200

If you would like to be removed from our list, just dial 888-879-1777 from your phone and enter fax #.