# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ARcare d/b/a Parkin Drug Store and Bald Knob Medical Clinic, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CURADEN USA, INC.<br><br>Defendant. | Case No. 1:16-cv-501<br><br>Judge Timothy S. Black |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff ARcare d/b/a Parkin Drug Store ("Plaintiff") hereby provides notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it voluntarily dismisses all of its claims against Defendant Curaden, USA, Inc., with prejudice.

DATED: August 22, 2016

Respectfully submitted,

By:   /s/    Matthew R. Wilson

Matthew R. Wilson (Ohio Bar No. 0072925)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (Ohio Bar No. 0091162)
Email: mboyle@meyerwilson.com
**MEYER WILSON CO., LPA**
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066


Randall K. Pulliam, Esq. (admitted *pro hac vice*)
rpulliam@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone: (501) 312-8500

Facsimile: (501) 312-8505

*Attorneys for Plaintiff*